In the United States District Court

for the  EASTERN                District of  CALIFORNIA

**CR 07 0464**

United States of America

v.

JEREMY CHRISTIAN BRICKNER,

Criminal No. CR. S-06-0509-GEB

FILED
JUL 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Consent to Transfer of Case

for Plea and Sentence

*(Under Rule 20)*

FILED
JUN 0 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED CRB

I, JEREMY CHRISTIAN BRICKNER, defendant, have been informed that a INDICTMENT *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead GUILTY *(guilty, nolo contendere)* to the offense charged, to consent to the disposition of the case in the NORTHERN District of CALIFORNIA in which I AM UNDER ARREST *(am under arrest, am held)* and to waive trial in the above captioned District.

Dated: April, 27 at Sac, CA

JEREMY CHRISTIAN BRICKNER /s/
*(Defendant)*

/s/ Rosie E. Gutierrez
*(Witness)*

DENNIS S. WAKS /s/
*(Counsel for Defendant)*

A TRUE COPY, ATTEST
VICTORIA C. MINOR, CLERK
By: I hereby certify that the annexed instrument is a true and correct copy of the original on file.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 6/5/07

Approved

McGREGOR W. SCOTT /s/ (Wayne S. Wong for)

United States Attorney for the
EASTERN
CALIFORNIA
District of

JEFFREY R. FINIGAN, Assistant /s/

United States Attorney for the
NORTHERN
CALIFORNIA
District of

FORM USA-153
SEP 82

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102

RE:      USA vs.
USDC No.:   2:06-CR-00509-GEB   ~~CR06-740 CRB~~

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated June 04, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 14.**

   Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                         Very truly yours,

**June 5, 2007**              /s/  **K. Carlos**
                             Deputy Clerk

RECEIVED BY: _____

                         Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____



# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-00509-GEB All Defendants
## Internal Use Only

Case title: USA v. Brickner

Date Filed: 12/28/2006
Date Terminated: 06/04/2007

Assigned to: Judge Garland E. Burrell, Jr

### Defendant

**Jeremy Christian Brickner** (1)
*TERMINATED: 06/04/2007*

represented by **Dennis S. Waks**
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95608
(916) 498-5700 x238
Fax: (916) 498-5710
Email: dennis.waks@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
FELON IN POSSESSION OF A FIREARM
(1)

### Disposition

### Highest Offense Level (Opening)
Felony

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
None

### Disposition

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 6/5/07

### Plaintiff

Live 3.0.5 CM/ECF - U.S. Dist. Court for Eastern California - Docket Report    Page 2 of 3

Case 3:07-cr-00464-CRB    Document 1    Filed 07/19/2007    Page 4 of 5

| | |
|---|---|
| USA | represented by **William Sze Wong**<br>United States Attorney, Eastern District of California<br>501 I Street<br>Suite 10-100<br>Sacramento, CA 95814<br>(916) 554-2790<br>Fax: (916) 554-2900<br>Email: william.wong@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2006 | 1 | INDICTMENT as to Jeremy Christian Brickner (1) count(s) 1. (Brown, T) (Entered: 12/28/2006) |
| 12/28/2006 | 2 | AO257 (Sealed) as to Jeremy Christian Brickner (Brown, T) (Entered: 12/28/2006) |
| 12/28/2006 | 3 | (Court only) **ARREST WARRANT ISSUED by *Edmund F. Brennan * as to Jeremy Christian Brickner. Bail fixed at *$TBD* Charging Document: Indictment ** Title *18* Section *922* re *FELON IN POSSESSION OF A FIREARM* (Brown, T) (Entered: 12/28/2006) |
| 01/18/2007 | 4 | MINUTES (Text Only) for proceedings held before Judge Gregory G. Hollows :ARRAIGNMENT as to Jeremy Christian Brickner (1) Count 1 held on 1/18/2007. NOT GUILTY PLEA ENTERED. Attorney Dennis S. Waks for Jeremy Christian Brickner added. T4 Start: 01/18/2007 Stop: 02/16/2007. The Court ordered continued release of the defendant and shall be placed on an Electronic Monitoring Device pending trial. The defendant shall also pay for the cost of the Electronic Monitoring Device as ordered by Pretrial Services. Status Conference set for 2/16/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. Government Counsel William S.Wong present. Defense Counsel Dennis Waks present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 01/18/2007) |
| 01/18/2007 | 5 | NOTICE to DEFENDANT BEING RELEASED as to Jeremy Christian Brickner. (Yin, K) (Entered: 01/19/2007) |
| 01/24/2007 | 6 | Arrest WARRANT RETURNED Executed on 01/18/07 as to Jeremy Christian Brickner. (Mena-Sanchez, L) (Entered: 01/26/2007) |
| 02/15/2007 | 7 | STIPULATION and PROPOSED ORDER to continue status conference from 2/16 to March 30, 2007 at 9:00 a.m.. (Waks, Dennis) (Entered: 02/15/2007) |
| 02/15/2007 | 8 | WAIVER of PERSONAL APPEARANCE by Jeremy Christian Brickner. (Waks, Dennis) (Entered: 02/15/2007) |
| 02/16/2007 | 9 | STIPULATION and ORDER signed by Judge Garland E. Burrell Jr. on |

|  |  |  |
|---|---|---|
|  |  | 2/15/07 CONTINUING the 2/16/07 Status Conf. to 3/30/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.Excludable Time started as to Jeremy Christian Brickner: T4 Start: 2/15/07 Stop: 3/30/07. (Brown, T) (Entered: 02/16/2007) |
| 03/28/2007 | 10 | STIPULATION and PROPOSED ORDER to continue status conference from 3/30 to May 4, 2007 at 9:00 a.m.. (Waks, Dennis) (Entered: 03/28/2007) |
| 03/29/2007 | 11 | STIPULATION and ORDER signed by Judge Garland E. Burrell Jr. on 3/28/07 ORDERING Status Conference RE-SET for 5/4/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. Time is EXCLUDED pursuant to Local Code T4 from the date of this order through the date of the status conference set for 5/4/07. (Carlos, K) (Entered: 03/29/2007) |
| 05/02/2007 | 12 | STIPULATION and PROPOSED ORDER to continue status conference from 5/4 to June 29, 2007 at 9:00 a.m.. (Waks, Dennis) (Entered: 05/02/2007) |
| 05/03/2007 | 13 | STIPULATION and ORDER signed by Judge Garland E. Burrell Jr. on 5/2/07 ORDERING Status Conference RE-SET for 6/29/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. Time is EXCLUDED Local Code T4 from the date of this order to 6/29/07. (Carlos, K) (Entered: 05/03/2007) |
| 06/04/2007 | 14 | CONSENT to TRANSFER JURISDICTION Rule 20 to Northern District of CA (Carlos, K) (Entered: 06/05/2007) |
| 06/04/2007 | 15 | TRANSMITTAL of RULE 20 DOCUMENTS on *6/4/2007* to * Northern District of CA* *450 Golden Gate Avenue* *San Francisco, CA 94102*. ** *Electronic Documents: 1 to 14. *. (Carlos, K) (Entered: 06/05/2007) |