UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: **Barbara Espinoza**

**CRIMINAL PRETRIAL MINUTES**

**FILED**

Date: **July 19, 2007**

JUL 2 4 2007

Reporter: **Kathy Powell**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR-06-0790-CRB**
related case: **CR-07-0464 CRB**

DEFT: **JEREMY BRICKNER**
(X)Present

AUSA: **Jeff Finigan**

DEF ATTY: **Ron Tyler**

**REASON FOR HEARING** Change of Plea

**RESULT** Defendant placed under oath, enters pleas of guilty to count1 of the indictments in CR-06-0790 and CR-07-0464. The Court accepts the pleas and the defendant is adjudged guilty as to counts 1 in CR-06-0790 and CR-07-0464.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** November 14, 2007 @ 2:15 p.m. **for** Judgment and Sentencing

**JUDGMENT** _____

Notes: _____