| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: **Barbara Espinoza** |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: ▮▮▮▮▮▮▮▮

**FILED**

**AUG 2  2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reporter: **Catherine Edwards**

Case No: CR-06-0790-CRB
related case: ▮▮▮▮▮▮▮▮

DEFT: **JEREMY BRICKNER**
(X)Present

AUSA: Jeff Finigan

DEF ATTY: Ron Tyler

**REASON FOR HEARING**   Change of Plea

**RESULT**   Defendant placed under oath, enters pleas of guilty to count1 of the indictments in CR-06-0790 and CR-07-0464. The Court accepts the pleas and the defendant is adjudged guilty as to counts 1 in CR-06-0790 and CR-07-0464.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** November 14, 2007 @ 2:15 p.m. **for** Judgment and Sentencing

**JUDGMENT**_____

Notes:_____