1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant BRICKNER
6

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,        )
                                    )  No. CR 07-00464 CRB
12                 Plaintiff,       )
                                    )
13 vs.                              )  **STIPULATION AND [PROPOSED]**
                                    )  **ORDER TO CONTINUE HEARING**
14 JEREMY BRICKNER,                 )
                                    )
15                 Defendant.       )
                                    )
16

17                              **STIPULATION**

18     The parties agree to continue the sentencing hearing in the above-captioned matter from

19 November 14, 2007 until December 12, 2007.

20     All counsel and the probation officer are available on the requested date for the continuance.

21     It is so stipulated.

22

23 DATED:    November 8, 2007          _____/S/_____
                                        RONALD C. TYLER
24                                      Assistant Federal Public Defender

25 //

26

STIPULATION TO
CONTINUE HEARING
CR 07-00464 CRB

1 | DATED:    November 8, 2007                    /S/_____
2 |                                               JEFFREY R. FINIGAN
   |                                               Assistant United States Attorney
3 |
4 |
5 |                              **[PROPOSED] ORDER**
6 |     GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the
7 | aforementioned matter currently set for November 14, 2007, shall be continued to December 12,
8 | 2007.
   | **IT IS SO ORDERED**.
9 |
10 |
   | DATED:
11 |                                               _____
   |                                               CHARLES R. BREYER
12 |                                               UNITED STATES DISTRICT COURT JUDGE
13 |
...
26 |

STIPULATION TO
CONTINUE HEARING
CR 07-00464 CRB                          - 2 -