| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: **Frank Justiliano** |

<u>**CRIMINAL MINUTES**</u>

Date: **December 12, 2007**

Reporter: Catherine Edwards

**Case No: <u>CR- 06-790-CRB  & CR-07-464-CRB</u>**     DEFT: __Jeremy Brickner__
( X )Present   ( )Not Pres   ( )In Custody

AUSA: Jeff Finigan     DEF ATTY: Ronald Tyler
USPO: Cheryl Simone

**REASON FOR HEARING**   Judgment and Sentence

**RESULT**   Sentenced

Motions (if any) to be filed no later than _____

Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ for _____

**JUDGMENT**_____
Defendant is sentenced to incarceration of 21 months in Case No. 07-464 and 6 months in Case No. 06-790 to run concurrent. Upon release, Defendant is subject to supervised release of 3 years in Case No. 07-464 and 1 year in Case No. 06-790 to run concurrent under the standard and additional conditions set forthwith. Defendant is to self-surrender by 12:00 Noon on March 17, 2008 to the U.S. Marshal at 400 Golden Gate Avenue, San Francisco, CA. A special assessment fee of $100.00 for each case is imposed by the Court.  Fine: waived.

Notes: _____